

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-18-00834-CV

**IN THE INTEREST OF T.R.H., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20578
Honorable Laura Salinas, Judge Presiding

## O R D E R

The clerk's record was due January 28, 2019, but was not filed. On January 29, 2019, the clerk filed a notification of late record stating the clerk's record was not filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and appellant was not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.5(b), 35.3(a). We therefore ordered appellant to provide written proof to this court on or before February 14, 2019 that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a).

On February 16, 2019, appellant filed a response, stating he has provided payment to the district clerk. Attached to his response were copies of the check made out to the district clerk and receipt.

Accordingly, we **ORDER** the district clerk to file the clerk's record in this court on or before **March 25, 2019**.

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the district clerk.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court